1  Joshua B. Swigart (SBN 225557)
   Josh@SwigartLawGroup.com
2  **SWIGART LAW GROUP, APC**
3  2221 Camino del Rio S, Ste 308
   San Diego, CA  92108
4  P: 866-219-3343
5  F: 866-219-8344

6
   Daniel G. Shay (SBN 250548)
7  DanielShay@TCPAFDCPA.com
   **LAW OFFICE OF DANIEL G. SHAY**
8  2221 Camino Del Rio South, Suite 308
9  San Diego, CA  92108
   Telephone: (619) 222-7429
10 Facsimile:  (866) 431-3292

11
   *Attorneys for Plaintiff*
12

13             **UNITED STATES DISTRICT COURT**

14             **SOUTHERN DISTRICT OF CALIFORNIA**

15

16 |                                    ) |
17 | RYAN CHILDERS,                    ) | Case No.: 3:19-cv-02318-H-JLB
   |                                    ) |
18 |         Plaintiff,                ) | <u>CLASS ACTION</u>
   |                                    ) |
19 | vs.                                ) | NOTICE OF SETTLEMENT OF
20 |                                    ) | ENTIRE ACTION
   |                                    ) |
21 |                                    ) | Judge: Hon Marilyn L. Huff
   |                                    ) | Complaint Filed: December 5, 2019
22 | CAPITAL ONE BANK (USA), N.A.,     ) |
   |                                    ) |
23 |         Defendant.                ) |
24 |                                    ) |

25

26

27

28

                            1
Notice of Settlement

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the parties have settled this case.

The parties request to be excused from all currently scheduled deadlines and appearances.

A Motion to Dismiss, or other document to that effect, will be filed within forty-five days.

Date: January 24, 2020                    Respectfully submitted,

**SWIGART LAW GROUP, APC**

By: s/ Joshua B. Swigart
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

*Attorney for Plaintiff*