Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHILDERS, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>Defendant. | Case No: 19-cv-02318-H-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:  Hon. Marilyn L. Huff<br>Complaint Filed: December 5, 2019<br>Trial Date:  None |

Notice of Voluntary Dismissal of Action

Pursuant to Fed. R. Civ. P. 41, Plaintiff requests the Court to dismiss Plaintiff's individual claims with prejudice and to dismiss the putative class members' claims without prejudice.

Respectfully submitted,

Date: February 18, 2020

SWIGART LAW GROUP

By:  s/ Joshua B. Swigart
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

Attorney for Plaintiff